O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV08-747-AHM (MANx) | Date | June 2, 2008 |
|---|---|---|---|
| Title | TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al. v. PACIFIC SHOR | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jacqueline Leahy Norlin | No Appearance |

**Proceedings:**   PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT [9]

Cause called; appearances made.  No appearance by defendant.

For reasons stated on the record, the Court grants plaintiffs' motion for default judgment and signs the proposed judgment.

|  | : | 02 |
|---|---|---|
| | Initials of Preparer | SMO |