COURTESY COPY

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

✓ Priority
✓ Send
__ Clsd
✓ Enter
✓ JS-5/JS-6
__ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC SHOTCRETE, INC., a California corporation, doing business as Pacific Shotcrete and Pacific Coast Shotcrete,<br><br>Defendant. | CASE NO.: CV 08-00747 AHM (MANx)<br><br>ASSIGNED TO THE HONORABLE A. HOWARD MATZ<br><br>[PROPOSED] JUDGMENT |

Upon application by plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of Pacific Shotcrete, Inc., a California corporation, doing business as Pacific Shotcrete and Pacific Coast Shotcrete was entered on March 25, 2008, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

128950.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from defendant Pacific Shotcrete, Inc., a California corporation, doing business as Pacific Shotcrete and Pacific Coast Shotcrete, a California corporation, the principal amount of $71,896.18, attorneys' fees in the amount of $3,859.50, and costs of suit in the amount of $1,038.03, together with post-judgment interest as provided by law.

DATED: JUN - 2 2008

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

LAQUER, URBAN, CLIFFORD & HODGE LLP

By: /S/ - J. Paul Moorhead
    J. Paul Moorhead
    Counsel for Plaintiffs